# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2035

_____

Michael Van Vliet,

        Appellant,

v.

Nurse Andrea Garret; Dr. Huskins,

        Appellees.

        *
        *
        *   Appeal from the United States
        *   District Court for the
        *   Western District of Arkansas.
        *
        *      [UNPUBLISHED]
        *
        *

_____

Submitted: October 16, 2009
Filed: October 26, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this civil action, Michael Van Vliet appeals following the District Court's[1] denial of his motion to reconsider the order dismissing his complaint for failure to comply with the court's discovery order. The District Court entered the order denying Van Vliet's motion for reconsideration on March 17, 2008. Van Vliet filed his notice of appeal on April 17, 2008, thirty-one days later. We dismiss the appeal for lack of jurisdiction. See Fed. R. App. P. 4(a)(1)(A) (requiring parties to file notice of appeal within 30 days in most civil cases); Huggins v. FedEx Ground Package Sys., Inc., 566

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Judge for the Western District of Arkansas.

F.3d 771, 773 (8th Cir. 2009) (noting appellate court's obligation to consider jurisdictional issues sua sponte where jurisdiction may be lacking).

_____